IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CR235 |
| | ) | |
| v. | ) | |
| | ) | |
| RANDALL W. TOOTHAKER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's objection to nolo contendere plea (Filing No. 23). The Court has reviewed the objection, as well as defendant's statement regarding nolo contendere plea (Filing No. 25), and finds plaintiff's objection should be overruled. Accordingly,

IT IS ORDERED that plaintiff's objection to nolo contendere plea is overruled. The Court finds defendant guilty of the charge contained in Count I of the indictment.

DATED this 10th day of March, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court